374 A.2d 726

Richmond, Appellant, v. State Farm Insurance Company.

Submitted December 9, 1976. Jerome M. Dubyn, and Dubyn & Smith, for appellant; Jay J. Lambert, and Duane, Morris & Heckscher, for appellee.

Order affirmed.

---

374 A.2d 726

Rieger, Appellant, v. Capece.

Argued April 14, 1977. John A. Caputo, with him Chris George Copetas, for appellant; William C. Robinson, with him Henninger & Robinson, for appellee.

Judgment affirmed.

VAN der VOORT, J., absent.